ELSIE WOERZ, an Infant, by HEINRICH WOERZ, Her
  Guardian ad Litem, Appellant, *v.* HATTIE ROSENFELD
  et al., Respondents, Impleaded with Another.

*Negligence — when child injured by fall of dumbwaiter while she was
  assisting her mother in work as janitress of building cannot recover
  against owners.*

*Woerz v. Rosenfeld*, 195 App. Div. 19, affirmed.

(Argued January 20, 1922; decided February 3, 1922.)

APPEAL from a judgment, entered February 5, 1921,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action to
recover for personal injuries alleged to have been sustained
by plaintiff through the negligence of defendant. Plain-
tiff, a child nine years of age, was injured through the
fall of a dumbwaiter she was manipulating in a building
belonging to defendants. Her mother was janitress of
the building in question. The evidence showed that the
accident occurred while plaintiff, without the knowledge
or consent of the defendants, was assisting her mother
in the performance of her work as janitress. The Appel-
late Division held: " The Labor Law (§§ 161, 162)
forbids a child to work in connection with an apartment
house. Besides, the mother in delegating her duties to
the child acted outside of the scope of her janitorship.
For such an unauthorized act on the part of the mother
the principals cannot be held liable."

*Thomas J. O'Neill* and *Leonard F. Fish* for appellant.
*William Dike Reed* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.